**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Benjamin GENERAL, a/k/a Bar–**
**Kim, Defendant—Appellant.**

No. 08–7383.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 3, 2008.

Decided: Nov. 13, 2008.

Benjamin General, Appellant Pro Se. John Howarth Bennett, Office Of The United States Attorney, Greenville, North Carolina, for Appellee.

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin General appeals a district court order denying his motion filed under Fed.R.Crim.P. 48. We have reviewed the record and the district court's order and affirm. General's motion was wholly without merit. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*